**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-2516

VIRGINIA MORTGAGE COMPANY,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; HAROLD MILHOLEN,
a/k/a The Basic Group,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. N. Carlton Tilley, Jr., District Judge. (CA-97-1122-1)

Submitted: March 2, 1999      Decided: March 22, 1999

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Knox Kent Lively III, Greensboro, North Carolina, for Appellant. Loretta C. Argrett, Assistant Attorney General, Charles E. Brookhart, Janet A. Bradley, Walter Clinton Holton, Jr., United States Attorney, Tax Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee United States; Benjamin Spence Albright, Ramseur, North Carolina, for Appellee Milholen.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Virginia Mortgage Company appeals from the district court's opinion granting summary judgment in favor of Harold Milholen on Virginia Mortgage's supplemental state claim to quiet title and dismissing its action against the United States seeking to quiet title, 28 U.S.C.A. § 2410(a) (West Supp. 1998), and requesting damages for wrongful levy, 26 U.S.C.A. § 7433 (West Supp. 1998). We conclude that summary judgment was properly granted in favor of Milholen because Virginia Mortgage failed to sufficiently show an ownership interest in the subject property and that the action against the United States was properly dismissed as an unopposed motion. Accordingly, we affirm the order of the district court. See <u>Virginia Mortgage Co. v. United States</u>, No. CA-97-1122-1 (M.D.N.C. Aug. 12, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2